IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

BRIAN M. THOMAS (OWNER) YOUR DOLLAR STO° LLC

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

USDA Food and Nutrition Service

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
            *(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: BRIAN M. THOMAS   OWNER   YOUR DOLLAR STO LLC
   Street Address: 3017 Farrow Road Suite C
   City and County: Columbia, Richland County
   State and Zip Code: South Carolina 29203
   Telephone Number: (803) 451-1232

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: USDA
   Job or Title (if known): Food and Nutrition Service
   Street Address: 1320 Braddock Place
   City and County: Alexandria   Alexandria City
   State and Zip Code: Virginia 22314
   Telephone Number: 440-902-1210

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:

   Defendant No. 3
   Name:

        Job or Title  
        (if known) _____  
        Street Address _____  
        City and County _____  
        State and Zip Code _____  
        Telephone Number _____

Defendant No. 4

        Name _____  
        Job or Title  
        (if known) _____  
        Street Address _____  
        City and County _____  
        State and Zip Code _____  
        Telephone Number _____

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

      [X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

    **A.**    **If the Basis for Jurisdiction Is a Federal Question**

        List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

        7CFR 279.1 , 278.1 , 278.6
        278.7 , 7CFR 278.2(a)

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual

            The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.  If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.  The Defendant(s)

        a.  If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.  If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The basis of my claim is to request a opportunity to verbally and or write a written correspondence to the USDA (SNAP) Administration Level / Food and Nutrition Service. Considering the method of communication and time frame and imposed 6 month Suspension from Snap Program and the circumstances.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking relief via court order from the 6 months Suspension that the USDA (SNAP Benefit Program) is wanting to impose on my place of business YOUR DOLLAR STO LLC for improper food sale violations. The damages will economically hurt my business and customers that rely on snap.

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 7th, 2025

Signature of Plaintiff _____
Printed Name of Plaintiff    BRIAN M. THOMAS

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney         _____
Printed Name of Attorney      _____
Bar Number                    _____
Name of Law Firm              _____
Address                       _____
Telephone Number              _____
E-mail Address                _____